UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUANGNAN LAI,<br><br>     Plaintiff,<br><br>-against-<br><br>CITY OF OAKLAND, et al.,<br><br>     Defendants. | 1:25-CV-7104 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  On August 27, 2025, this *pro se* action was transmitted to this court—as if transferred to this court—from the United States District Court for the Northern District of California. The Clerk of Court then opened this action in this court. The Court has learned, however, that this action remains pending in the United States District Court for the Northern District of California, *see Lai v. City of Oakland*, 3:25-CV-6780 (N.D. Cal.), and that it was not ordered transferred to this court. It was, therefore, transmitted to this court in error.

  Accordingly, the Court dismisses this action without prejudice to Plaintiff's claims in *Lai*, 3:25-CV-6780 (N.D. Cal.), as this action was transmitted to this court in error. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 29, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge